

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-14-00818-CR

Mark McCourt **LIEBER, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14155
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 8, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court